UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

YOLMA HAYLETT and KENNETH EASTMOND,

                         Plaintiff,

                  -against-

CITY OF NEW YORK; Correction Officer BRUCE SUTTON; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                        Defendants.

**AFFIDAVIT OF SERVICE**

15 CV 223 (WFK)(VVP)

-------------------------------------------------------------x

       I, Ramsey Baines, being duly sworn deposes and says:

       1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

       2.     On November 4, 2015, at approximately 3:18 p.m., I served the summons and complaint in this matter on Correction Officer Bruce Sutton, by delivering a copy of same to C.O. Baily a person of suitable age and discretion at defendant's actual place of business within the state located at 75-20 Astoria Blvd, East Elmhurst, New York.

       3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked

personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
November 6th, 2015

Ramsey Baines

Sworn to me on 6th day of November 2015



NOTARY PUBLIC

TATIANA STRICKLAND
NOTARY
NO. 01ST6276438
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
02/17/2017
STATE OF NEW YORK
PUBLIC