UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

YOLMA HAYLETT and KENNETH EASTMOND,

                              Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**ADDENDUM TO INITIAL SCHEDULING ORDER**

15-cv-223-WFK-PK

In addition to the Initial Scheduling Order, the appearing parties and their counsel hereby propose the following:

**6. ADDITIONAL MATTERS:**

As defendant City intends to move for a pre-motion conference regarding its proposed motion for summary judgment on all claims brought against the City seventy-five days after the commencement of the discovery period, the parties propose the following:

a) Defendant City and plaintiffs shall prioritize the discovery necessary to make and oppose the City's motion for summary judgment regarding all claims against the City. This in no way limits plaintiffs' rights to simultaneously take any other discovery they deem necessary to prosecute their case.

b) Defendant City shall serve discovery requests and interrogatories on plaintiffs by March 29, 2016. However, plaintiffs shall hold these requests in abeyance until after the City's motion is decided.

c) Defendant City reserves its right to take plaintiffs' depositions until after the City's motion is decided.

d) On or before May 29, 2016 the parties will prepare a status report detailing whether discovery with respect to the claims against the City has been completed.

SO ORDERED:

s/PK

---

HON. PEGGY KUO
UNITED STATES MAGISTRATE JUDGE

Dated: _March 29_, 2016