
UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney:  HARVIS & FETT LLP

YOLMA HAYLETT, ETAL

Plaintiff(s)

Index # 15 CV 223 WFK VVP

- against -

CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

TAFFPHINA THOMPSON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 11, 2016 at 01:26 PM at

C/O CITY OF NEW YORK DEPARTMENT OF CORRECTION, LEGAL AFFAIRS, BULOVA CORPORATE CENTER OFFICE
75-20 ASTORIA BOULEVARD
EAST ELMHURST, NY 11370

deponent served the within SUMMONS AND COMPLAINT on CORRECTION OFFICER BRUCE SUTTON therein named.

**INDIVIDUAL**   by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 45 | 6' | 215 |

MOUSTACHE

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  April 14, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | TAFFPHINA THOMPSON |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 2019271 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 646760 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC.  3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045