UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

YOLMA HAYLETT and KENNETH EASTMOND,

                      Plaintiffs,

             -against-

CITY OF NEW YORK; Correction Officer BRUCE SUTTON; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                    Defendants.

-------------------------------------------------------------------x

**REQUEST FOR CERTIFICATE OF DEFAULT**

15 CV 223 (WFK) (PK)

To:    Douglas C. Palmer
       United States District Court
       Eastern District of New York

Please enter the default of defendant Bruce Sutton pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Declaration of Gabriel P. Harvis.

Dated:       May 3, 2016
New York, New York

HARVIS & FETT LLP

_____

Gabriel P. Harvis
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880
gharvis@civilrights.nyc
*Attorneys for plaintiffs*