UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

YOLMA HAYLETT and KENNETH EASTMOND,

                        Plaintiffs,

                -against-

CITY OF NEW YORK; Correction Officer BRUCE SUTTON; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                        Defendants.
----------------------------------------------------------------------x

**CERTIFICATE OF DEFAULT**

15 CV 223 (WFK) (PK)

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Bruce Sutton has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Sutton is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:        Brooklyn, New York
                May __, 2016

                                          DOUGLAS C. PALMER, Clerk of Court

                                          By:_____ Deputy Clerk