UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YOLMA HAYLETT and KENNETH EASTMOND,

                              Plaintiffs,

              -against-

CITY OF NEW YORK; Correction Officer BRUCE SUTTON; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                            Defendants.
-----------------------------------------------------------------x

**DECLARATION OF GABRIEL P. HARVIS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

15 CV 223 (WFK) (PK)

Gabriel P. Harvis, an attorney duly admitted to practice before this Court, hereby declares the following, under penalty of perjury:

1. I am the attorney for plaintiffs in this action.

2. This action was commenced by the filing of a complaint on January 15, 2015.

3. The time for defendant Bruce Sutton to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant Sutton has not answered or otherwise moved with respect to the complaint, and the time for defendant Sutton to answer or otherwise move has not been extended.

5. Defendant Sutton's default has been noted by the Clerk of Court. A copy of the Certificate is annexed hereto as Exhibit 1.

6. As detailed in the complaint at ¶¶ 14-70, defendant Sutton is indebted to plaintiffs for having assaulted and falsely imprisoned them at gunpoint on June 26, 2014.

WHEREFORE, plaintiffs Yolma Haylett and Kenneth Eastmond respectfully request that judgment be entered in favor of plaintiffs and against defendant Bruce Sutton.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiffs, that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or included in this action.

Dated:   May 9, 2016
         New York, New York

HARVIS & FETT LLP

_____
Gabriel P. Harvis
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880
gharvis@civilrights.nyc

*Attorneys for plaintiffs*