UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YOLMA HAYLETT and KENNETH EASTMOND,

                        Plaintiffs,

        -against-

CITY OF NEW YORK; Correction Officer BRUCE SUTTON; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                        Defendants.
------------------------------------------------------------------x

**DEFAULT JUDGMENT**

15 CV 223 (WFK) (PK)

      This action having been commenced on January 15, 2015 by the filing of a complaint, and a copy of the summons and complaint having been personally served on defendant Bruce Sutton by delivering a copy thereof to a person of suitable age and discretion at defendant's actual place of business, and by thereafter mailing a copy by first class mail addressed to defendant at his actual place of business, and proof of service having been filed on November 12, 2015 and April 20, 2016, and defendant Sutton not having answered the complaint, and the time for answering the complaint having expired, and a default hearing having been held on May 20, 2016, it is,

      **ORDERED, ADJUDGED AND DECREED**: That the plaintiffs have a judgment of liability against defendant Sutton, and it is further

**ORDERED, ADJUDGED AND DECREED**: That the plaintiffs, pursuant to 28 U.S.C. § 2201, have a judgment against defendant Sutton declaring that plaintiffs' rights to be free from unlawful stop and search, false arrest and deliberate indifference under the United States Constitution were violated, and that plaintiffs were subjected to false arrest, assault and battery and negligent and intentional infliction of emotional distress under state law, and it is further

**ORDERED, ADJUDGED AND DECREED**: That the amount of punitive and compensatory damages due plaintiffs shall be determined at an inquest to begin on _____, _____ 2016, and it is further

**ORDERED, ADJUDGED AND DECREED**: That, within thirty days after the inquest is completed, plaintiffs' counsel shall submit their petition for an award of attorney's fees and costs under 42 U.S.C. § 1988.

Dated: Brooklyn, New York
May __, 2016

_____
Hon. William F. Kuntz
United States District Judge