UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

YOLMA HAYLETT and KENNETH EASTMOND,

        -against-

THE CITY OF NEW YORK and BRUCE SUTTON,

        Defendants.

-------------------------------------------------------- x

15-cv-223-WFK-PK

**NOTICE OF MOTION**

        **PLEASE TAKE NOTICE** that upon the Declaration Elissa B. Jacobs, dated February 3, 2017, and the exhibits annexed thereto; the Local Civil Rule 56.1 Statement of Defendants, dated February 3, 2017; the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated February 3, 2017, and upon all prior pleadings and proceedings had herein, defendant The City of New York, will move this Court before the William F. Kuntz, United States District Judge, at the United States Courthouse for the Eastern District of New York, on a date and time to be determined by the Court, for an order pursuant to Rule 56 and Rule 12(c) of the Federal Rules of Civil Procedure granting summary judgment to the defendants and dismissing the Complaint, together with such other and further relief as this Court deems just proper on the grounds that plaintiff has failed to state a claim against defendants and there are no material issues of fact that warrant a trial against them.

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, must be served on or before March 10, 2017, and reply papers, if any, must be served on or before April 7, 2017.

Dated:    New York, New York
             February 3, 2017

                              Yours, etc.,

                              ZACHARY W. CARTER
                              Corporation Counsel of the
                              City of New York
                              Attorney for Defendant
                              THE CITY OF NEW YORK
                              100 Church Street, Room 3-193
                              New York, New York 10007
                              (212) 356-3540
                              ejacobs@law.nyc.gov

By: _____
                              Elissa B. Jacobs