UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

YOLMA HAYLETT and KENNETH EASTMON,

                              Plaintiffs,

            -against-

THE CITY OF NEW YORK and BRUCE SUTTON,

                              Defendants.
-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE BY TOBIAS E. ZIMMERMAN ON BEHALF OF DEFENDANT CITY OF NEW YORK**

No. 15-CV-0223 (WFK) (PK)

        **PLEASE TAKE NOTICE** that **Tobias E. Zimmerman**, Senior Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, as attorney for Defendant City of New York.

Dated:  New York, New York
          December 6, 2017

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2661

By: _____
Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc:    HARVIS & FETT, LLP
       Gabriel P. Harvis, Esq. (**via ECF**)
       *Attorneys for Plaintiff*