UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLMA HAYLETT and KENNETH EASTMOND, | **NOTICE OF MOTION** |
| Plaintiff, | |
| -against- | No. 15-CV-0223 (WFK) (PK) |
| THE CITY OF NEW YORK and BRUCE SUTTON, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all prior pleadings, papers, and proceedings herein, Defendant City of New York, by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, will move this Court before the Honorable William F. Kuntz, III, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a return date to be set by the Court, for a decision and order reconsidering the Court's December 18, 2017 Decision & Order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Civil Rules of the Eastern District, and for such other and further relief as the Court deems proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Rules 6.1(b) and 6.3 of the Local Civil Rules of the Eastern District , Plaintiff's opposition must be served on Defendants on or before January 16, 2018; and Defendants' reply papers, if any, must be served on or before January 23, 2018.

Dated: New York, New York
   January 2, 2018

**ZACHARY W. CARTER**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2661

By:    _____
     Tobias E. Zimmerman
     *Senior Counsel*
     Special Federal Litigation Division

cc:   HARVIS & FETT, LLP
   Baree N. Fett, Esq. (**via ECF**)
   Gabriel P. Harvis, Esq. (**via ECF**)
   *Attorneys for Plaintiff*