UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YOLMA HAYLETT and KENNETH EASTMOND,

               Plaintiffs,

       v.

THE CITY OF NEW YORK and BRUCE SUTTON,
individually and in his official capacity,

               Defendants.
----------------------------------------------------------------X

**ORDER**
15-CV-0223 (WFK) (PK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

    IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 16 that all parties shall appear for a Pretrial Conference in the above-captioned action on Wednesday, January 17, 2018, at 11:00 A.M at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, in Courtroom 6H North.

                                                    SO ORDERED.

                                                    *s/William F. Kuntz, II*
                                                    WILLIAM F. KUNTZ, II
                                                    United States District Judge

Dated:     January 5, 2018
             Brooklyn, New York