

| ZACHARY W. CARTER<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | TOBIAS E. ZIMMERMAN<br>phone: (212) 356-2661<br>fax: (212) 356-3509<br>tzimmerm@law.nyc.gov |
|---|---|---|

January 6, 2018

**VIA ECF**
Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Yolina Haylett, et al. v. City of New York, et al.
                 No. 15-CV-0223 (WFK) (PK)

Your Honor:

      I am Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the City of New York in the above-referenced matter.  The City writes to request an adjournment of the Pretrial Conference scheduled for 11 a.m. on Wednesday January 17, 2018.  This is the first request by any party to adjourn this conference.  Plaintiffs' counsel, Gabriel Harvis, Esq., consents to the requested adjournment.

      The Court issued an Order on Friday January 5, 2018, scheduling a pretrial conference for Wednesday January 17th.  However, undersigned defense counsel is already scheduled to be out of the office on a family vacation from Monday January 8th through Monday January 15th.  As a result, counsel will only have one work day to prepare for the scheduled conference.  As the Court may recall, counsel was only recently assigned to this case, and is still in the process of reviewing the file.  Moreover, undersigned counsel also has a previously scheduled doctor's appointment at the same time as the recently scheduled pretrial conference, and it will be difficult to reschedule that appointment.

      For the foregoing reason, the City of New York respectfully requests that the conference scheduled for January 17th be adjourned to a date and time mutually convenient to the Court and the parties.  Defense counsel has consulted with Plaintiffs' counsel, and reports that both sides would be available for a conference at any time on Wednesday January 24th or Friday January 26th.

- 2 -

The City thanks the Court for its attention to this matter.

                                            Respectfully Submitted,

                                            Tobias E. Zimmerman
                                            *Senior Counsel*
                                            Special Federal Litigation Division

cc:      HARVIS & FETT, LLP
           Baree N. Fett, Esq. (**via ECF**)
           Gabriel P. Harvis, Esq. (**via ECF**)
           *Attorneys for Plaintiff*