UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
YOLMA HAYLETT and KENNETH EASTMOND,

                Plaintiffs,

      -against-

CITY OF NEW YORK and Investigator BRUCE SUTTON;

                Defendants.
----------------------------------------------------------------x

**PLAINTIFF'S MOTIONS IN LIMINE**

15 CV 223 (WFK) (PK)

## Preliminary Statement

Plaintiffs respectfully request that the Court issue the following *in limine* ruling regarding evidence to be offered at the upcoming trial.

## ARGUMENT

### POINT I

**DEFENDANTS SHOULD BE PRECLUDED FROM MENTIONING THAT PLAINTIFFS WERE INVOLVED IN AN EXTRAMARITAL RELATIONSHIP**

The fact that plaintiff Kenneth Eastmond was married to someone other than plaintiff Yolma Haylett at the time of the road rage incident is legally irrelevant and would inflame the jurors to plaintiffs' prejudice. For this reason, any mention of the nature of plaintiffs' relationship or their marital status should be precluded.

Dated: September 17, 2018
New York, New York

        ELEFTERAKIS, ELEFTERAKIS & PANEK

        _____
        Gabriel P. Harvis
        Baree N. Fett
        80 Pine Street, 38th Floor
        New York, New York 10005
        (212) 532-1116
        gharvis@eeplaw.com

        *Attorneys for plaintiffs*