UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YOLMA HAYLETT and KENNETH EASTMOND,  :
                                                                        :
                Plaintiffs,                              :
                                                                       :
        v.                                               :        **VERDICT SHEET**
                                                                        :        15-CV-0223 (WFK) (PK)
THE CITY OF NEW YORK and BRUCE SUTTON,  :
individually and in his official capacity,  :
                                                                       :
            Defendants.                 :
-------------------------------------------------------------X

*Nothing included in this Verdict Form is meant to suggest what your verdict should be. You alone have the responsibility to decide the verdict.*

\* \* \*

**Question 1:**

Did plaintiffs Yolma Haylett and Kenneth Eastmond prove by a preponderance of the evidence that Bruce Sutton was acting within the scope of the City of New York's business and within the scope of his authority when he encountered the plaintiffs on June 26, 2014?

_____ Yes                                                        **X** No

If you answered No to Question 1, proceed to Questions 2-5.
If you answered Yes to Question 1, proceed to Questions 2-7.

**Question 2:**

Did plaintiff Yolma Haylett prove by a preponderance of credible evidence that she is entitled to compensatory or nominal damages from Bruce Sutton? If yes, state the amount.

_____ Yes                                                        **X** No

Amount: _____



COURT'S EXHIBIT NO. 2A
IDENTIFICATION/EVIDENCE
DKT.# 15-CV-223
DATE: 10/4/18

**Question 3:**

Did plaintiff Kenneth Eastmond prove by a preponderance of credible evidence that he is entitled to compensatory or nominal damages from Bruce Sutton? If yes, state the amount.

_____ Yes          X No

Amount: _____

**Question 4:**

Did plaintiff Yolma Haylett prove by a preponderance of credible evidence that she is entitled to punitive damages from Bruce Sutton? If yes, state the amount.

X Yes          _____ No

Amount: $3,500

**Question 5:**

Did plaintiff Kenneth Eastmond prove by a preponderance of credible evidence that he is entitled to punitive damages from Bruce Sutton? If yes, state the amount.

X Yes          _____ No

Amount: $3,500

**Question 6:**

Did plaintiff Yolma Haylett prove by a preponderance of credible evidence that she is entitled to compensatory or nominal damages from the City of New York? If yes, state the amount.

_____ Yes          X No

Amount: _____

**Question 7:**

Did plaintiff Kenneth Eastmond prove by a preponderance of credible evidence that he is entitled to compensatory or nominal damages from the City of New York? If yes, state the amount.

_____ Yes          X No

Amount: _____

\* \* \*

*The Jury Foreperson should date and sign this Verdict Sheet and return to the Courtroom.*

Dated: October 4, 2018            Signed: _____
                                           **Jury Foreperson**

3