UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOLMA HAYLETT and KENNETH EASTMOND,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK and BRUCE SUTTON,
individually and in his official capacity,

                    Defendants.
-------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 07 2018 ★
BROOKLYN OFFICE

**JUDGMENT**

15-CV-0223 (WFK) (PK)

      This action having been tried by a jury with Judge William F. Kuntz, II, United States District Judge, presiding, and the jury having rendered a verdict; it is

      **ORDERED AND ADJUDGED** the Plaintiffs Yolma Haylett and Kenneth Eastmond recover nothing, the action dismissed on the merits against Defendant The City of New York; it is

      **FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Yolma Haylett against Defendant Bruce Sutton in the amount of $3,500.00, plus post judgment interest pursuant to 28 U.S.C. § 1961; and it is

      **FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Kenneth Eastmond against Defendant Bruce Sutton in the amount of $3,500.00, plus post judgment interest pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York
       November 5, 2018

DOUGLAS C. PALMER
CLERK OF COURT

By: *Andrew Jackson*
     Deputy Clerk