UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
YOLMA HAYLETT and KENNETH EASTMOND,

                Plaintiffs,                          JUDGMENT

    -against-

                                                          1:15-cv-00223-WFK-PK

BRUCE SUTTON and CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

      An Order of the Honorable William F. Kuntz, II, United States District Judge, having been filed on March 2, 2020, adopting the Report and Recommendation of the Honorable Peggy Kuo, United States Magistrate Judge, and granting Plaintiff's MOTION for Attorney Fees; It is

      ORDERED AND ADJUDGED, that judgment is hereby entered in favor of Plaintiffs' YOLMA HAYLETT and KENNETH EASTMOND and against Defendant Sutton.  Plaintiffs are awarded $25,978.50 in attorneys' fees and $1,934.28 in costs, for a total of $27,912.78 from Defendant Sutton only.

Dated: Brooklyn, New York                                Douglas C. Palmer
       September 1, 2020                                     Clerk of Court

                                                            By: _____
                                                               August Marziliano
                                                               Operations Manager